**Order entered July 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01700-CV

**ORCA ASSETS, G.P., L.L.C., Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** appellees' July 22, 2014 unopposed motion for an extension of time to file a

brief.  Appellees shall file their brief **on or before SEPTEMBER 12, 2014**.  We **CAUTION**

appellees that no further extension of time will be granted absent extraordinary circumstances.


/s/      ADA BROWN
JUSTICE